APPEAL No 014-13-00630-CR

In The

14th Court of Appeals

At Houston, Texas

Lash Adarrin Scott
Appellant

V

The State of Texas
Appellee

Appeal of Case Number 1371641, From the 183RD Judicial District Court of HARRIS County

First motion For Extension of Time to File Appellants Pro Se Brief or Response to Anders Brief

TO THE HONORABLE Justice of the Court of Appeals

Comes Now Lash A. Scott, Appellant Pro Se, And Respectfully moves the Court to Extend the deadline For Filing his Brief (or Response) By (30) Thirty Days, In Support Appellant would Show the Following.

I.

On June 27th, 2013 the Jury (or Judge) Found Appellant guilty of Felony possession with Intent to deliver A Controlled substance, The Judge

Assessed Punishment At 25 Years Imprisonment In The Texas Department Of Criminal Justice.

## II.

On Jan. 6th, 2015, Appellant Received Notice By Mail, that his Attorney (Appeal) Filed And Anders Brief on his Behalf And notice that Appellant Had A Right to File A Pro SE Brief or Response to the Anders Brief.

## III.

On Jan. 6th, 2015, the Appellate Record was First made Available to Appellant. The Deadline For Filing Appellants Brief or Response Is 04-06-2015

## IV.

This is Appellants First Request For Extension. Appellant is unable to meet the Deadline; I.E., limited Access to Law Library to A Few Hours A Day, Limited Legal Knowledge, There By Slowing Down my Research, (Etc)

## V.

For the Reasons stated Above, Appellant Respectfully Requests An Additional (30) Thirty Days to Complete Pro SE Brief in Support of Appellants Appeal.

## VI.

Appellant Prays that the Court grant this motion And Extend the time to File Appellants pro SE

Brief or Response By (30) Thirty Days Extending the Deadline to 60 DAYS, 04-06-2015 .

Respectfully Submitted

_Scott A. Scott_ # 1867339

Appellant Ro Se:

Address: 4304 HWY 202

BEEViLLE, TX. 78102

## CERTIFICATE OF SERVICE

I Hereby Certify that on DEC. 23 ,2014, A
A True And Correct copy of Appellants motions For
Extension to File Appeal, his Brief or Response was
Mailed to the Attorney For the State By U.S. Mail
Address to Juan M. Contreras Jr.
Attorney At Law 102 S. Lockwook, AT Houston,
Texas 77011 .

_____
Appellant Pro Se

I Lash Scott ,TDCJ # 1867339 ,
Being Presently Incarcerated in the Garza East Unit
At The Texas Department of Criminal Justice Institutional
Division in Beeville , County Texas, verify And
Declare under Penalty of Perjury that the Foregoing
Statements Are true And Correct.
Executed on this the 01 Day of 31st ,
2015 .
Sign Lash Scott
                                    Pro Se
Address:    Print LASH A. SCOTT #1867339
4304 Hwy 202
Beeville, Tx. 78102

# Unsworn Declaration

My Name is LASHAWNLIN Scott , my Date of Birth 01-04-1574 , And my Inmate Identifying Number is 1862339 . I Am Presently Incarcerated in USury Hwy 202 GALEZA East in Beeville, TEXAS 78102 (COUNTY) (STATE) (ZIPCODE). I Declare under Penalty of Perjury that the Foregoing is True And Correct.

Executed on the 31st Day of 3/st , 20 15 .

Pro Se (Sign) _LASH Scott_

Christopher A. Prine

Date 01-31-2015

Clerk of the 14th Court of Appeals
301 Franklin St. Rm. 245
Houston, TX. 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

FEB 05 2015

CHRISTOPHER A. PRINE
CLERK

Case Name 1321641
Appeal Number 014-13-00630-CR

MAILED
2/5/15

Dear Sir or Mam

On 01-06-_____, 20 15, My Appeal Attorney Notified me that my Andres Brief was Filled on my Behalf as outlined In Andres v. California And Further Advised me of my Right to File a Pro Se Brief, or Response to the Andres Brief. By this Letter, I am giving you notice that I wish to File a Pro Se Brief or Response.

I Also Request an Extension of time, In which to File my Brief or Response since I Have not Had Access to my Appellate Record or to a Law Library. Enclosed Please Find my First Motion For Extension of Time, Please File And Bring to the attention of the Court.

Thank You For Your Consideration.

Respectfully,         Sign _____ #1867339
Address 4304 Hwy 202
Beeville, TX. 78102

HONORABLE VANESSA ~~XXXXXXX~~ VELASQUEZ                    Date 01-31-2015
Judge 183RD District Court
Address: 201 FRANKLin St. 18th Fl.
Houston, TEXAS 77002
_____

                    Appeal Case Number 014-13-00630-CR
                    Trial Case Number 1371641


                    Dear Judge VANESSA VELASQUEZ
                         I Recieved notice that my Appellant
Attorney Filed An Anders Brief And was Allowed By this
Court to withdraw From my Appeal. I Am Enclosing A copy
oF my Letter to the Court of Appeals notifying them that
I wish to File A Pro Se or Response.
                         By this Letter I Am Requesting that the
Appellate Record Be made Available to me so that I may
prepare A Pro Se Brief or Response to the Anders Brief.
                         I Request that the Record (or A copy) Be
Sent TDCJ-ID So that I may use the writ Room on
my unit, IF The District Clerks copy is Sent, I will See that
it is Retained. IF This cannot Be Arranged, I Request that I
Be Bench warrented Back to the County And Allowed Acess
to the Appellate Record And law library.


LASH Asarein Scott
_____
        Print Full Name

LASH A. Scott
_____
        Sign Pro Se